IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE FCI SAND OPERATIONS, LLC, | § | |
| | § | |
| Debtor. | § | Civil Action No. 3:26-CV-2734-D |
| | § | (Bank. Ct. No. 25-80481-mvl-11) |
| | § | (Adv. No. 26-08002-mvl) |
| | § | |
| HOLT TEXAS, LTD. D/B/A HOLT POWER SYSTEMS, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| KEVIN COLLIER, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The August 17, 2026 motion of Holt Texas, Ltd. d/b/a Holt Power Systems to withdraw the reference is referred to United States Bankruptcy Judge Michelle V. Larson to conduct a status conference and submit a report and recommendation to the court concerning whether the reference should or must be withdrawn. Any party may file objections within 14 days of the date of Judge Larson 's report and recommendation. Any other party may file a response to the objections within 14 days thereafter. A party who has filed objections may file a reply brief within 14 days after a response is filed.

If Judge Larson recommends that the reference be withdrawn, this court requests that she also include a recommendation regarding whether she should hear all pretrial matters and submit dispositive matters to this court with a recommended disposition, and whether this court should defer

withdrawing the reference until she certifies that the parties are ready for trial.

**SO ORDERED**.

August 17, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE